IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


MICHAEL SILER,                          :       CIVIL ACTION
                                        :       No. 14-5019
            Plaintiff,                  :
                                        :
      v.                                :
                                        :
COMMUNITY EDUCATION CENTERS, INC.,      :
                                        :
            Defendant.                  :

## ORDER

**AND NOW**, this **2nd** day of **October, 2014,** considering

Plaintiff's Motion to Remand (ECF No. 9), Defendant's Motion to

Dismiss (ECF No. 5), and Defendant's Motion to Strike (ECF No.

5), it is hereby **ORDERED** that:

1. Plaintiff's Motion to Remand (ECF No. 9) is **DENIED.**

2. Defendant's Motion to Strike (ECF No. 5) is **GRANTED.**

3. Defendant's Motion to Dismiss (ECF No. 5) is **GRANTED**
   **in part and DENIED in part**. Counts I, II, III, IV,
   V, VI, and VII are **DISMISSED**. Counts VIII, IX, X,
   XI, XII, and XIII are **GRANTED.**

   **AND IT IS SO ORDERED.**


                        **/s/ Eduardo C. Robreno**
                        **EDUARDO C. ROBRENO,    J.**